ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Christopher Egegbara

CV 17 - 3634

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Joseph Ponte

Monica Windley

Officer Palmentari

Defendant(s).

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES  X      NO ____

CHEN, J.

REYES, M.J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Christopher Egegbara

If you are incarcerated, provide the name of the facility and address:

Great Meadow Correctional Facility, Box 51

Comstock, New York, 12821

Prisoner ID Number: 16-A-3713

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1

Joseph Ponte
Full Name

Commissioner, Dept. of Correction
Job Title

75-20 Astoria Blvd.

East Elmhurst, New York 11370
Address


Defendant No. 2

Monica Windley
Full Name

Warden
Job Title

George R. Vierno Center

09-09 Haven St. East Elmhurst, New York 11370
Address


Defendant No. 3

Officer Palmentari
Full Name

George R. Vierno Center
Job Title

09-09 Haven St. East Elmhurst, New York 11370

2

_____
Address

Defendant No. 4    _____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 5    _____
Full Name

_____
Job Title

_____

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _The events giving rise to my claim happen on Rikers Island in Facility George R. Vierno Center in side of housing unit 11A._

When did the events happen? (include approximate time and date) _The events that caused my injury happened on March 18, 2016._

3

Facts: (what happened?) On March 18, 2016, which in the George R. Vierno Center of Rikers Island in housing unit 11a, Officer Palmentari locked me in the shower area and turned on hot boiling water which burned me.

I received a first degree burn on my face, i was seem by medical Staff four (4) days after my injuries.

Officer Palmentari, is responsible because he locked me in the shower and turned on the hot water that burned me.

Monica Windley, the Warden of George R. Vierno Center is also responsible for the injuries that occurred because she runs and supervises the George R. Vierno Center, and is responsible for her Facility.

The Commissioner Joseph Ponte, is responsible for my injuries because he over sees all of Rikers Island including the George R. Vierno Center.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I received a first degree burn on my face as a result of my injuries, and now my skin is disfigured. I have been taking multiple creams including silvadene for my injuries.

4

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

The injuries that I sustained was in violation of my eighth Amendment rights. because of the injuries that i sustained I am asking to be compensated in the amount of $5,000.000 to cover medical expenses and permanent disability to my face and for the physical, mental pain and suffering that I endured as a result of the injuries.

I declare under penalty of perjury that on 6/9/17 (date), I delivered this complaint to prison authorities at Great Meadow Corr. Fac. (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/9/17

Signature of Plaintiff

Name of Prison Facility or Address if not incarcerated

Great Meadow Correctional Facility

Box 51

Comstock, New York 12821

Address

16-A-3713

Prisoner ID#

rev. 12/1/2015